*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

PECOLIA DIGGS

vs.                              No.  3:05CV00261 SWW

OSCEOLA POLICE DEPARTMENT

### ORDER

On January 26, 2006, plaintiff, who is proceeding *pro se* in this matter, filed a letter requesting a Rule 26(f) Report form and a Rule 16(b) form.  Plaintiff also sent a letter to the Clerk's Office in Little Rock, Arkansas, requesting clarification with respect to these rules.  The Clerk is directed to forward plaintiff a copy of Local Rule 26.1, Outline for Federal Rules of Civil Procedure 26(f) Report, which outlines information to be included in the Rule 26(f) Report.  The report is to be filed as a joint report by plaintiff and defendant (through its defense counsel) and should contain the information requested in the outline for the report which is to be filed by April 4, 2006.

Plaintiff is advised that there is no form for the Rule 16(b) Conference.  As set forth in the Initial Scheduling Order, a telephone conference (Rule 16(b) Conference) is set for April 6, 2006, at 1:00 P.M. only if it is necessary.  Whether a conference is necessary will be determined by the Court after the filing of the Rule 26(f) Report.

IT IS SO ORDERED this 9th day of February, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE