THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PECOLIA DIGGS
    Plaintiff    *
             *
VS.              *
             *
OSCEOLA POLICE DEPARTMENT *   NO: 3:05CV00261 SWW
             *
    Defendant    *

**ORDER**

  Before the Court is Plaintiff's motion for issuance of trial subpoenas. Also before the Court is Defendant's motion for a continuance of the trial date, currently set for November 13, 2006, and an extension of the deadline for dispositive motions. Previously, the Court granted Defendant an extension of time, up to and including October 14, 2006, in which to file dispositive motions. Defendant failed to file a dispositive motion, but seeks another opportunity to do so. According to Defendant, there are few disputed facts in this case, and it is likely that Plaintiff's claims can be resolved as a matter of law.

  Defendant's motion for a continuance and an extension of time to file dispositive motions (docket entry #50) is GRANTED. **However, Defendant is advised that absent good cause, additional extensions will not be granted**. Defendants have up to and including October 31, 2006 in which to file a dispositive motion. A new trial date will be set in a separate order.

Plaintiff's motion for issuance of subpoenas (docket entry #49) is DENIED WITHOUT PREJUDICE. Plaintiff may resubmit the motion closer to the new trial date.

IT IS SO ORDERED THIS 19TH DAY OF OCTOBER, 2006.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE