THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| PECOLIA DIGGS | | |
|       Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | |
| OSCEOLA POLICE DEPARTMENT | * | NO: 3:05CV00261 SWW |
| | * | |
|       Defendant | * | |
| | * | |
| | * | |

## ORDER

Plaintiff Pecolia Diggs, who proceeds *pro se*, submitted interrogatories and requests for production for filing in this case (docket entry #63). Plaintiff is advised that under Federal Rule of Civil Procedure 5(d), discovery requests and responses must not be filed with the Court until they are used in connection with a motion or otherwise. Plaintiff is directed to comply with Rule 5(d) in the future.

IT IS SO ORDERED THIS 13TH DAY OF NOVEMBER, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE