THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| PECOLIA DIGGS | | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | |
| CITY OF OSCEOLA | * | NO: 3:05CV00261 SWW |
| | * | |
| Defendant | * | |
| | * | |
| | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE