# THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| PECOLIA DIGGS | * | |
|     Plaintiff | * | |
| VS. | * | |
| | * | |
| CITY OF OSCEOLA | * | NO: 3:05CV00261 SWW |
| | * | |
|     Defendant | * | |

## ORDER

On March 19, 2007, the Court granted summary judgment in favor of Defendants and entered judgment dismissing this case with prejudice. Plaintiff appealed, and the Eighth Circuit affirmed. *See Diggs v. City of Osceola,* 2008 WL 786662, *1 (8th Cir. 2008). Now before the Court is Plaintiff's motion requesting reconsideration of her claims. Plaintiff disagrees with this Court's judgment and the Eighth Circuit's decision to affirm; however, she presents no basis for relief from the judgment. Accordingly, the motion (docket entry #110) is DENIED. Plaintiff also requests a copy of the case file. The Clerk's receipts show that Plaintiff was mailed copies of documents filed in this case, and Plaintiff's status an *in forma pauperis* litigant does not entitle her to additional copies. Plaintiff may obtain copies, for a fee, by contacting the Clerk's office.

IT IS SO ORDERED THIS 6TH DAY OF MAY, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE